UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S., *individually and as Next Friend to Her Child,* Y.S., *et al.*

                       Plaintiffs,

– against –

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*

                       Defendants.

**ORDER**

24-cv-2111 (ER)

Ramos, D.J.:

      One of Plaintiffs' exhibits appears to contain the unredacted full names of the children involved in this IDEA case. *See* Doc. 5-1. The Court has sealed the exhibit and directs Plaintiffs to file a redacted copy of the same.

      It is SO ORDERED.

Dated:   April 15, 2024
            New York, New York

                                                      Edgardo Ramos, U.S.D.J.