# MEMO ENDORSED

June 7, 2024

The application is __X__ granted
____ denied

_[signature]_

Edgardo Ramos, U.S.D.J
Dated: __06/07/2024__
New York, New York

**VIA ECF**
Hon. Edgardo Ramos
United States District Court Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *C.S.. v. New York City Dep't of Educ.*, 24-cv-2111 (ER)
      Extension to File Status Letter

Dear Judge Ramos:

I write on behalf of the parties to respectfully request a brief extension to submit the parties' status letter. I am advised by Defendants' counsel that he is experiencing a family emergency with his daughter and is unable to work on preparing our joint status letter. We ask the Court to allow us to submit the letter on Monday, June 10, 2024 instead of today.

Thank you for your consideration of this request.

Respectfully submitted,

Laura Dawn Barbieri, Esq.
Laura D. Barbieri, Esq.

The Law Office of Laura D. Barbieri, PLLC
115 W 73rd Street, Ste. 1B
New York, NY 10023
(914) 819-3387
LDBarbLaw@gmail.com

cc: all counsel of record by ecf