UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
C.S., individually, and as Next Friend
to Her Child, Y.S., et al.,

                    Plaintiffs,                  24 **CIVIL** 2111 (ER)

      -against-                                  **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION, THE BOARD OF
EDUCATION OF THE CITY SCHOOL
DISTRICT OF THE CITY OF NEW
YORK, CHANCELLOR DAVID
BANKS, in his official capacity, and
THE CITY OF NEW YORK,.

                    Defendants.
------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated November 19, 2025, Defendants' motion for summary judgment is GRANTED. Accordingly, the case is closed.

**Dated:**  New York, New York

      November 20, 2025

                                                  **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

                          **BY:**

                                                    **Deputy Clerk**